IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY MAURICE JORDAN,

    Plaintiff,

v.                              Civil Action No. 3:11CV193

INMATE HEARING OFFICER RODRIGUEZ,

    Defendant.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Motion to Amend (ECF No. 23) is granted.
2. The analysis of the Report and Recommendation is accepted and adopted;
3. The action is dismissed for failure to state a claim and as legally frivolous; and,
4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Jordan desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Order to Jordan.

Date: September 3, 2013    /s/    REP
Richmond, Virginia    Robert E. Payne
    Senior United States District Judge